BORDEN'S FARM PRODUCTS COMPANY, INC., et al., Respondents, *v.* FRED J. STERBINSKY, Individually and as President of MILK WAGON DRIVERS UNION, LOCAL 584, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, STABLEMEN AND HELPERS OF AMERICA, et al., Defendants.

### In the Matter of FRANK McILWAINE, Appellant.

*Contempt — injunction restraining labor union and members thereof from interfering with business or employees of plaintiff — order adjudging one violating said injunction guilty of criminal contempt affirmed.*

*Borden's Farm Products Co., Inc.,* v. *Sterbinsky,* 200 App. Div. 910, affirmed.

(Argued April 19, 1922; decided May 9, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 6, 1922, which affirmed an order of Special Term adjudging the appellant herein guilty of a criminal contempt in willfully violating an injunction order of the Supreme Court, restraining " the defendants and each of them and their agents, servants, attorneys and confederates * * * from combining, agreeing or conspiring together in any way to obstruct or interfere with any of the plaintiffs or their employees in selling, delivering or distributing milk in the city of New York."

*John B. Johnston* and *Anthony J. Ernest* for appellant.
*H. Preston Coursen* and *Walter Gordon Merritt* for respondents.

Order affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.